WO

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Friendly House, *et al.*, | CV 04-649 TUC DCB |
| Plaintiffs, | |
| v. | **ORDER** |
| Janet Napolitano, *et al.*, | |
| Defendants. | |

**IT IS ORDERED** that the Petition of Victor A. Rodriguez and Steve J. Reyes to Withdraw as Counsel for Plaintiffs (document 79) is **DENIED** as moot, inasmuch as this matter was dismissed on September 19, 2005.

DATED this 5th day of October, 2005.

David C. Bury
United States District Judge